JS-6

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012-9834
        Telephone: (213)894-2458
        Fax: (213)894-7819
        E-mail: robby.monteleone@usdoj.gov

Attorneys for Defendant
Kevin Haugrud, Acting Secretary of the
U.S. Department of the Interior

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WINSON WATERMAN,<br><br>        Plaintiff,<br>vs.<br><br>KEVIN HAUGRUD[1], Acting SECRETARY OF THE U.S. DEPARTMENT OF THE INTERIOR; and DOES 1-10,<br><br>        Defendants. | EDCV 15-00739 GW (KKx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>The Honorable George Wu |

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kevin Haugrud should be substituted for Acting Secretary of the U.S. Department of the Interior as the defendant in this suit.

– 1 –

The parties, having filed separate the Stipulation for Compromise Settlement and Dismissal with Prejudice as to the Plaintiff, Winson Waterman,

IT IS HEREBY ORDERED:

1. The Stipulation of the parties hereto are accepted by the Court;
2. Plaintiff's actions are dismissed with prejudice in its entirety; and
3. Each party shall bear their own costs of suit, fees and expenses.

DATED: February 2, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division


  /s/ *Robyn-Marie Lyon Monteleone*
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

Attorneys for Defendant
Kevin Haugrud, Acting Secretary of the
U.S. Department of the Interior